UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

FEB 10 2006

Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| CARL L. DWORMAN,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL SECURITIES, INC.<br>n/k/a Prudential Equity Group, LLC,<br><br>Defendant. | C.A. 06-10T |

## STIPULATION TO EXTEND TIME

Plaintiff Carl L. Dworman and Defendant Prudential Securities, Inc., n/k/a Prudential Equity Group, LLC ("Defendant"), stipulate that the time within which Defendant must answer, move or otherwise respond to the Complaint is extended up to and including March 6, 2006.

Respectfully Submitted,

Plaintiff Carl L. Dworman

By his Attorney,

Joseph R. Palumbo, Jr. (by RDF per instructions)

Joseph R. Palumbo, Jr., R.I. Bar No. 0405
294 Valley Road
Middletown, RI 02842
(401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

Respectfully Submitted

Prudential Securities, Inc., n/k/a
Prudential Equity Group, LLC
By its Attorneys,

Robert D. Fine

Robert D. Fine, Esq., RI Bar # 2447
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400
Fax: (401-453-6411
Email: rfine@crfllp.com

Ernest C. Torres

2/14/06