**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CARL DWORMAN,
Plaintiff

v. C.A. No. 06-10T

PRUDENTIAL SECURITIES, INC.,
Defendant

**SHOW CAUSE ORDER**

On or before **September 17th, 2007**, the plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 8/23/07

FORMS/SHWCAUS2.ORD