**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CARL L. DWORMAN** | } | |
| | } | |
| **Plaintiff** | } | |
| | } | |
| **v.** | } | **C.A. No. 06-10T** |
| | } | |
| **PRUDENTIAL SECURITIES, INC.** | } | |
| **n/k/a Prudential Equity Group, LLC.** | } | |
| | } | |
| **Defendant** | } | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

This action was brought by plaintiff Carl Dworman ("Dworman") to vacate a decision of an arbitration panel of the National Association of Securities Dealers ("NASD") in a matter brought to arbitration by Dworman against defendant Prudential Securities, Inc. ("Prudential"). Dworman also seeks to vacate the arbitration panel's attorney's fee award in favor of Prudential in the sum of $31,758.86, which was made without any notice or hearing affording Dworman the opportunity to challenge said award.

The reason why this matter has not proceeded beyond the filing of the petition to vacate the arbitration decision and attorney's fee award is because the parties have been engaging in efforts to settle the matter but said settlement efforts have not come to fruition.

The basis for Dworman's petition to set aside the arbitration decision is meritorious. The arbitration panel dismissed Dworman's complaint against Prudential for breach of its contractual and fiduciary duties owed to him by failing to honor his instructions to buy $30,000 of AOL stock and $10,000 of WCOM stock in his IRA account. The record will show that the arbitration panel violated Dworman's religious rights by imposing a fine of $1500 against him for requesting a postponement of a hearing because it conflicted with his observance of Passover, and, just prior to the

hearing on the merits acted with extreme prejudice in favor of Prudential and against Dworman by granting Prudential's last minute motion to produce voluminous irrelevant documents and ordering him to produce the documents within 2 days, and, in failing to grant Dworman a continuance of the merits hearing to afford him an opportunity to seek review of the discovery order. The arbitration panel then defaulted Dworman, and, without notice or hearing awarded Prudential in excess of $31,000 in attorney's fees.

The parties have not been able to reach settlement in this matter. Plaintiff respectfully submits that a dismissal of this action would be extremely prejudicial to him, and, no prejudice would result to Prudential.

Plaintiff therefore requests that the Court not dismiss this action.

By His Attorney,

s/Joseph R. Palumbo, Jr.
**Joseph R. Palumbo, Jr.**
**R.I. Bar No. 0405**
294 Valley Road
Middletown, Rhode Island 02842
Tel: (401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2007 I electronically filed the foregoing Plaintiff's Response to Show Cause Why This Matter Should Not Be Dismissed For Lack of Prosecution with the Clerk of the United States District Court of the District of Rhode Island and that the following participants received notice electronically:

Robert D. Fine, Esquire
One Park Row, Suite 300
Providence, RI 02903

/s/ Joseph R. Palumbo, Jr.