UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARL L. DWORMAN,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL SECURITIES, INC.<br>n/k/a Prudential Equity Group, LLC,<br><br>Defendant. | C.A. 06-10T |

**DISMISSAL STIPULATION**

Plaintiff Carl L. Dworman and Defendant Prudential Securities, Inc., n/k/a Prudential Equity Group, LLC ("Defendant"), hereby stipulate that the above entitled matter may be and hereby is dismissed, without prejudice, pursuant to Rule 41(a) of the Rules of Civil Procedure, no interest or costs to either party.

Respectfully Submitted,

Plaintiff Carl L. Dworman

By his Attorney,

/s/ Joseph R. Palumbo

Joseph R. Palumbo, Jr., RI Bar # 0405
294 Valley Road
Middletown, RI 02842
(401) 846-5200
Fax: (401) 848-0984
Email: joseph@palumbolaw.net

Respectfully Submitted

Prudential Securities, Inc., n/k/a
Prudential Equity Group, LLC
By its Attorneys,

/s/ Robert D. Fine

Robert D. Fine, Esq., RI Bar # 2447
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400
Fax: (401-453-6411
Email: rfine@crfllp.com

SO ORDERED:

_______________________________